IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, et al., <br><br> Federal Defendants, <br><br> STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission, <br><br> Defendant-Intervenor. | Lead Case No. <br> CV 20-181-M-DWM <br><br> Member Case No. <br> CV 20-183-M-DWM <br><br><br> ORDER |
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, et al., <br><br> Federal Defendants, <br><br> STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission, <br><br> Defendant-Intervenor. | |

1

Federal Defendants have moved unopposed for leave to file a combined reply brief and for word limit expansion,

IT IS ORDERED that the motion (Doc. 48) is GRANTED. Federal Defendants may file one combined reply brief not to exceed 4,500 words.

DATED this 1st day of April, 2022.

_____
Donald W. Molloy, District Judge
United States District Court