IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 20-181-M-DWM |
| Plaintiffs, | |
| and | Member Case No. CV 20-183-M-DWM |
| WILDEARTH GUARDIANS, et al., | |
| Consolidated Plaintiffs, | JUDGMENT |
| v. | |
| DEBRA HAALAND, et al., | |
| Federal Defendants, | |
| STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission, | |
| Defendant-Intervenor. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X   Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order (Doc. 51), that Plaintiffs' motions for summary judgment are denied without prejudice. The Service's motion for voluntary remand is granted in part and denied in part. The 2020 Withdrawal is vacated, and the matter is remanded to the agency

to submit a new final listing determination to the Federal Register within 18 months. This matter is now closed.

Dated this 26th day of May, 2022.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk