IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br> v. <br><br> DEBRA HAALAND, et al., <br><br> Federal Defendants, <br><br> STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission, <br><br> Defendant-Intervenor. | Lead Case No. <br> CV 20-181-M-DWM <br><br> Member Case No. <br> CV 20-183-M-DWM <br><br><br> ORDER |
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br> v. <br><br> DEBRA HAALAND, et al., <br><br> Federal Defendants, <br><br> STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission, <br><br> Defendant-Intervenor. | |

1

The parties in the consolidated cases having jointly moved for a 90-day stay on Plaintiffs' motions for attorneys' fees and costs (Docs. 61, 63) in order to pursue settlement,

IT IS ORDERED that the motion (Doc. 65) is GRANTED. Briefing on Plaintiffs' fee motions is STAYED. Within 90-days, the Parties will either inform the Court that a settlement has been reached and file a stipulated settlement agreement or inform the Court that a stipulated agreement could not be reached and propose a briefing schedule for resolving Plaintiffs' motion(s) that includes deadlines for Plaintiffs to file a renewed and updated motion (along with their updated timesheets and a new supporting memorandum and declarations), the Service's responses, and Plaintiffs' replies. The stay will not be extended absent a showing of good cause.

DATED this 12th day of October, 2022.

Donald W. Molloy, District Judge
United States District Court