IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br> v. <br><br> DEBRA HAALAND, et al., <br><br> Federal Defendants, <br><br> STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission, <br><br> Defendant-Intervenor. | Lead Case No. <br> CV 20-181-M-DWM <br><br> Member Case No. <br> CV 20-183-M-DWM <br><br><br> ORDER |
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br> v. <br><br> DEBRA HAALAND, et al., <br><br> Federal Defendants, <br><br> STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission, <br><br> Defendant-Intervenor. | |

1

A Joint Stipulation having been entered between Plaintiffs WildEarth Guardians, et al. ("Guardians Plaintiffs"), and Federal Defendants Debra Haaland, et al., to resolve Guardians Plaintiffs' claim for attorney fees and costs in Case No. 9:20-cv-00183-DWM,

IT IS ORDERED that the Joint Motion (Doc. 68) is GRANTED and the Joint Stipulation is APPROVED.  Federal Defendants shall pay fees and costs to Guardians Plaintiffs in the amount of **$159,953.50** as outlined in the Joint Stipulation.  Guardians Plaintiffs' motion for attorney fees and costs, (Doc. 61), is denied as moot.

DATED this 11th day of January, 2023.

Donald W. Molloy, District Judge
United States District Court