IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br> v.<br><br>DEBRA HAALAND, et al.,<br><br>    Federal Defendants,<br><br>STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission,<br><br>    Defendant-Intervenor.<br><br>WILDEARTH GUARDIANS, et al.,<br><br>    Plaintiffs,<br> v.<br><br>DEBRA HAALAND, et al.,<br><br>    Federal Defendants,<br><br>STATE OF IDAHO, by and through the Office of Species Conservation and the Idaho Fish and Game Commission,<br><br>    Defendant-Intervenor. | Lead Case No.<br>CV 20-181-M-DWM<br><br>Member Case No.<br>CV 20-183-M-DWM<br><br><br><br>ORDER |

A Joint Stipulation having been entered between Plaintiffs Center for Biological Diversity, et al. ("Center Plaintiffs"), and Federal Defendants Debra

1

Haaland, et al., to resolve Center Plaintiffs' claim for attorney fees and costs in Case No. 9:20-cv-00181-DWM,

IT IS ORDERED that the Joint Motion (Doc. 67) is GRANTED and the Joint Stipulation is APPROVED. Federal Defendants shall pay fees and costs to Center Plaintiffs in the amount of **$90,335.50** as outlined in the Joint Stipulation. Center Plaintiffs' motion for attorneys' fees and costs, (Doc. 63), is denied as moot.

DATED this \_\_\_ day of January, 2023.

Donald W. Molloy, District Judge
United States District Court